**No. 09-7796. Frederick W. Smith, Jr., Petitioner v. Delaware, et al.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1154.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 981 A.2d 1173.

**No. 09-7798. Keith Keion Russell, Petitioner v. California.**

559 U.S. 942, 130 S. Ct. 1508, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1169.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-7801. Chris Rattis, Petitioner v. Herb Jackson, Superintendent, Brown Creek Correctional Institution.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1151.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 872.

**No. 09-7802. Geir Hansen, Petitioner v. Industrial Claim Appeals Office of Colorado, et al.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1103,

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-7809. Gregg Moore, Petitioner v. Currie Motors of Forest Park, et al.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1102.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 387 Ill. App. 3d 1175, 367 Ill. Dec. 210, 981 N.E.2d 535.

**No. 09-7813. Cherie Phillips, Petitioner v. Mike Murdock Evangelistic Association, et al.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1493.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 775.

**No. 09-7815. Miguel F. Palmer, Petitioner v. City of Tallahassee, Florida, et al.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1368.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 18 So. 3d 528.

**No. 09-7817. Calvin Lewis, Petitioner v. Gail Lewis, Warden.**

559 U.S. 943, 130 S. Ct. 1509, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1337.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 326 Fed. Appx. 420.

**No. 09-7820. Rafael A. Jones, Petitioner v. Erin Milligan, et al.**

559 U.S. 943, 130 S. Ct. 1510, 176 L. Ed. 2d 120, 2010 U.S. LEXIS 1176.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.